UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 12-cr-00272-01 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| CRISTOBAL RODRIGUEZ-ESTRADA | * | MAG. JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Cristobal Rodriguez-Estrada , and adjudges him guilty of the offenses charged in **Count 1** of the indictment against him.

THUS DONE AND SIGNED in chambers, this /*d* day of ___Feby___

2013 in Shreveport, Louisiana.

_____

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE